IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ernest Cephas,

    Petitioner,

vs.

Warden Lebanon Correctional Institution,

    Respondent.

Case Number: 1:20cv567

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendations of Karen L. Litkovitz, United States Magistrate, Judge filed on June 1, 2021(Doc. 16), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 15, 2021, hereby ADOPTS said Report and Recommendations.

Accordingly, petitioner's motion to withdraw his petition (Doc. 15) is GRANTED and this action is DISMISSED without prejudice. Petitioner's motion for a stay and abeyance (Doc. 12) is DENIED as moot.

IT IS SO ORDERED.

_____
Susan J. Dlott
United States District Court